```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 14228
    LORIE S JOHNSON
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-0608


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/14/05 and confirmed on 06/15/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $   10944.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT       INTEREST         PRINCIPAL
                                                                 PAID             PAID
------------------------------------------------------------------------------
ABN AMRO MORTGAGE GROUP   CURRENT MORTG          .00             .00               .00
ABN AMRO MORTGAGE GROUP   SECURED                .00             .00               .00
ECAST SETTLEMENT CORPORA  UNSECURED          5743.04             .00            698.17
CHASE MANHATTAN BANK USA  UNSECURED         NOT FILED            .00               .00
B FIRST LLC               UNSECURED         13216.73             .00           1606.72
ECAST SETTLEMENT CORPORA  UNSECURED          4958.32             .00            602.77
FREEDOM POINT FINANCIAL   UNSECURED         NOT FILED            .00               .00
GE SELECT                 UNSECURED         NOT FILED            .00               .00
B LINE LLC                UNSECURED          2757.71             .00            335.25
WORLD FINANCIAL NETWORK   UNSECURED           650.33             .00             79.06
ECAST SETTLEMENT CORPORA  UNSECURED          9329.66             .00           1134.18
WORLD FINANCIAL NETWORK   UNSECURED           786.34             .00             95.59
ECAST SETTLEMENT CORPORA  UNSECURED          1179.96             .00            143.44
WORLD FINANCIAL NETWORK   UNSECURED          1502.18             .00            182.62
WORLD FINANCIAL NETWORK   UNSECURED           130.16             .00             15.82
ECAST SETTLEMENT CORPORA  UNSECURED         15098.59             .00           1835.50
B FIRST LLC               UNSECURED         12385.56             .00           1505.68
        Summary of disbursements:
------------------------------------------------------------------------------
                       SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00          .00      67738.58         .00       67738.58
PRINCIPAL PAID            .00          .00       8234.80         .00        8234.80
INTEREST PAID             .00          .00           .00         .00            .00
TOTAL PAID                .00          .00       8234.80         .00        8234.80
The Debtor's attorney, LEGAL HELPERS PC                 , was allowed $   2700.00
and was paid $    400.00  direct and $   2300.00  through the plan.

The Trustee received $    409.20 .

Refunds to the Debtor totaled $      .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/11/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE